■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW J. BRADLEY, Appellant. [910 NYS2d 686]—Appeal by the defendant from an amended judgment of the County Court, Dutchess County (Hayes, J.), rendered January 19, 2007, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of burglary in the third degree.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW J. BRADLEY, Appellant. [910 NYS2d 686]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hayes, J.), rendered January 19, 2007, convicting him of criminal mischief in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's

assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Covello, Eng, Leventhal and Austin, JJ., concur.